UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-22902-CIV-GOLD/DUBE

IRA LANIER,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
Michael J. Astrue,

    Defendant.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT; REMANDING AND CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Robert L. Dube's Report and Recommendation [DE 13], recommending that Defendant's Motion to Remand [DE 12] be granted because Plaintiff does not object to the relief sought. No objections have been filed, and upon independent review of the Report, the record and applicable case law, it is hereby:

ORDERED and ADJUDGED:

1. The Report [DE 13] is AFFIRMED AND ADOPTED.

2. Defendant's Motion to Remand [DE 12] is GRANTED.

3. This case is REVERSED and REMANDED under sentence four of 42 U.S.C. § 405(g) for the following proceedings:

   (a) For the ALJ to specify visual limitations in a revised finding of residual functional capacity (RFC) consistent with a finding of left eye blindness;

   (b) For the ALJ to properly consider whether, with the visual limitations noted in the RFC, the Plaintiff can perform work that exists in significant numbers in the national economy; and

   (c) For the ALJ to obtain the testimony of a vocational expert.

4.  The Clerk of the Court is instructed to CLOSE this case.

DONE AND ORDERED in Chambers at Miami, Florida, on __5__ March, 2009.

THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT JUDGE

cc:
U.S. Magistrate Judge Robert L. Dube
All counsel of record